Case: 1:22-cr-00509 Document #: 1 Filed: 10/06/22 Page 1 of 1 PageID #:1

JUDGE DURKIN
MAGISTRATE JUDGE CUMMINGS

FILED
10/6/2022
EY
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. **22-CR-00509** |
|---|---|
| v. | Violation: Title 18, United States Code, Sections 1704 and 2 |
| DENNIS MADDOX and JEANIE NEWMAN | **UNDER SEAL** |

The SPECIAL JULY 2021 GRAND JURY charges:

On or about December 22, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

DENNIS MADDOX and
JEANIE NEWMAN,

defendants herein, did knowingly and unlawfully possess a key suited to a lock adopted by the Postal Service and in use on an authorized receptacle for the deposit or delivery of mail matter, and did so with the intent unlawfully and improperly to use the same;

In violation of Title 18, United States Code, Sections 1704 and 2.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
UNITED STATES ATTORNEY